# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO: 0417 4 1707
- Misd: Disp./Sentence 1787
- Felony: X District / Off / Judge/Magistr.
- Assigned
- ☐ WRIT  ☐ JUVENILE  ☐ ALIAS
- U.S. vs. ~~DOE, JOHN~~ **PARMLEY, Larry** (changed per order of 3/24/88)
- Case Filed: 11/17/87
- No. of Def's: 5
- Docket No.: 87 00049  Def: 05

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM |
|---|---|---|---|
| 21:841(b)(1)(B)(ii) & 21:846 | Conspiracy to import cocaine, Sch. II controlled substance - Ct. 1 | 1 | |
| 21:841(a)(1) & 18:2 | Distribution of cocaine and aiding and abetting Ct. 2 | 1 | X |

## II. KEY DATES

- **INTERVAL ONE** — KEY DATE: 3/24/88 (EARLIEST OF): X arrest, sum'ns, custody, appears-on complaint
- **END ONE AND/OR BEGIN TWO** — KEY DATE: 11-17-87 (APPLICABLE): X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony W/waiver
- KEY DATE: 3-24-88 — a) X 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Indt Inf; d) Order New trial; e) Remand; f) G/P Withdrawn
- **END INTERVAL TWO** — KEY DATE: 5-31-88 (APPLICABLE): Dismissal, Pled X guilty / Nolo / After N.G. / After nolo / Trial (voir dire) began / Jury / N.J.

- 1st appears with or waives counsel: 3-29-88
- ARRAIGNMENT: 5-31-88
- 1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE
- PTD / Nolle / Pros. / FINAL CHARGES DISMISSED: on S.T. grounds ☐ W.P. ☐ WOP — on def motion / on gov motion

## III. MAGISTRATE

- Search Warrant: Issued / Return
- Summons: Issued / Served
- Arrest Warrant Issued
- COMPLAINT
- Date of Arrest
- OFFENSE (In Complaint)
- INITIAL APPEARANCE DATE
- PRELIMINARY EXAMINATION  OR  REMOVAL HEARING: Date Scheduled / Date Held
- ☐ WAIVED  ☐ NOT WAIVED  Tape Number
- ☐ INTERVENING INDICTMENT
- OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:

STYRON(1)  TEEL(2)  McGARY(3)  STEVENS(4)

RULE 20 / 21 / 40 / In / Out

### ATTORNEYS — U.S. Attorney or Asst.

Rocco J. deGrasse - AUSA  4293

Defense: 1 X CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

Rt. 1, Box 634B
Newport, NC 28570

(Appt'd 3/29 - N/A 4/22)
Carl L. Tilghman
311 Turner St.
P. O. Box 748
Beaufort, N.C. 28516
728-2099

New Sen. M·I·..

70 days up: w/o mot. 6/2/88

Sen: 9-6-88-withn

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- Bail Denied ☐  Fugitive / Pers. Rec.
- AMOUNT SET: $ ☐ PSA
- Conditions: ☐ 10% Dep.  ☐ Surety Bnd  ☐ Collateral  ☐ 3rd Prty  ☐ Other
- Date Set
- ☐ Bail Not Made
- Date Bond Made

**POST-INDICTMENT**
- Release Date
- Bail Denied ☐  Fugitive / Pers. Rec.
- AMOUNT SET: $10,000  ☐ PSA
- Conditions: ☐ 10% Dep.  ☐ Surety Bnd  ☐ Collateral  ☐ 3rd Prty  ☐ Other
- Date Set: 3-24-88
- ☐ Bail Not Made
- Date Bond Made: 3-30-88

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

XX Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE | Yr | Docket No | Def | | | | VI EXCLUDABLE DELAY | | | LETTER CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| DOCUMENT NO 1987 | 87 | 00049 | 05 | ☐ MASTER DOCKET MULTIPLE DEFENDANT CASE  PAGE ___ OF ___<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | | Start Date / End Date | Ltr Code | Total Days | For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets) |

### V. PROCEEDINGS

**DOE**

| | | |
|---|---|---|
| 11-17-87 | 1. | **INDICTMENT FILED**   Copies dist. |
| 11-20-87 | | REQUEST for warrant for arrest by the U.S. Attorney |
| | | **WARRANT FOR ARREST**   ISSUED ORIGINAL and 1c: to U.S. Marshal and 1c: U.S. Attorney   jp |
| 3/22/88 | 2 | MOTION FOR CHANGE OF NAME by AUSA; attached affidavit of Special Agent Christopher Jackson; cy to Mag. McCotter   bb |
| 3/24/88 | | **INITIAL APPEARANCE** at New Bern-Mag. McCotter; def't advised of rights, charges & max. penalties; def't unsure at this time of atty. status; CJA 23 executed & approved; to advise the court if he wishes the court-appt'd attorney or if he will retain private counsel; released on $10,000 property bond to be executed on or before Wednesday, Mar. 30, 1988, 5:00 P.M.   bb |
| " | 3 | WAIVER OF COUNSEL AT INITIAL APPEARANCE |
| " | 4 | ORDER SETTING CONDITIONS OF RELEASE-def't released today on $10,000 secured bond w/following conditions:<br>   1. maintain or actively seek employment<br>   2. shall not leave EDNC<br>   3. avoid contact w/any other co-defts. in indictment<br>   4. report to USPO once weekly or as scheduled by USPO<br>   5. refreain from possessing firearm, destructive device, or other dangerous weapon<br>   6. refrain from excessive use/possession of alcohol/ drugs unless prescribed<br>   7. execute secured bond-$10,000-on or before Wednesday, Mar. 30, 1988-5:00 p.m. (posted property-Isaac & Serena Parmley, Rt. 1, Box 634 Newport, NC)<br>   8. obtain no passport<br>   9. Contact attorney at least once weekly<br>def't released on conditions set forth above; bond signed by suretors on 3/30/88; cys to def't; AUSA; USMS; USPO; def't atty   bb |
| 3/24/88 | 5. | ORDER-the Clerk is directed to make the necessary changes to reflect the proper identification of this defendant by name in all court records, including the indictment, warrant, notices, calendars, etc.; this 24th day of March, 1988; McCOTTER, C.K., U.S. Mag.; cys to AUSA: FPD; USMS; USPO; CR OB#7, p.1; Ent: 3/24/88   bb |
| 3/24/88 | 6. | **ORDER ON PRE-TRIAL SCHEDULING-ORDERED** that the attorneys have pre-trial discovery conference and conclude all discovery on or before April 13, 1988; all pre-trial motions to be filed no later than April 25 1988; responses to be filed within 10 days; McCOTTER, C.K., Jr., U. S. Mag.; cy to AUSA; Judge Fox & def't atty;   bb |
| 3/28/88 | 7 | ORDER-def't is to notify the Court if he has retained counsel; and, if so, counsel is to enter a Notice of Appearance no later than March 28, 1988; If he cannot afford an attorney, he is to make application for the appointment of counsel on or before March 28, 1988; this 25th day of March, 1988; McCOTTER, C.K., Jr.; cc to def't   bb |
| ~~3/29/88~~ | | ~~def't advised telephonically he wishes court-appt'd counsel; counsel appt'd by FPD~~   -bb |
| 3/28/88 | 8 | **ORDER**-a hearing is scheduled for Wednesday, March 30, 1988, at 11:00 a.m. in New Bern, to discuss defendant's intentions regarding counsel and to further review   CONTINUED TO PAGE |






UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs
PARMLEY, Larry
AO 256A

| | | |
|---|---|---|
| 87 | 00049 | 05 |
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | defendant's bond conditions. The defendant is to have the necessary paperwork to be presented to the court at that time regarding his bond; this 28th day of March, 1988; McCotter, C.K., Jr., U.S. Mag; CR OB#7, p. 2; cc to def't; AUSA; USPO; Ent. 3/28/88 | bb | | | |
| 3/29/88 | def't advised court telephoncally he wishes to have court assigned counsel; | bb | | | |
| 3/29/88 | 9. ORDER- the Federal Public Defender is directed to provide representation in this action; the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges; FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rule of Criminal Procedure 17(b) and the May 26, 1987 Standing Order of this Court filed in the Miscellaneous Order Book #4, at page 115. McCOTTER, C.K., Jr., U.S. Mag; cys to AUSA; FPD Ent. 3/29/88 | bb | | | |
| 3/30/88 | Hearing re bond conditions & atty. @ New Bern; def't present w/atty & parents; court accepts property posted as sufficient to cover required bond; notice of appearance to be filed by atty. | bb | | | |
| 3/30/88 | 10. APPEARANCE BOND-for the amount of $10,000 to be secured by property; signed by suretorys Isaac Parmley and Serena Parmley w/attached following documents: 1. Appraisal by First Citizens Bank & Trust 2. Personal Lines Fire Inquity (Nationwide Ins.) 3. Recorded Deed of Trust 4. Promissory Note in amount of $10,000 to Clerk, U.S.Dist. Ct. 5. Title Opinion original of all documents & copy of Appearance Bond given to Financial deputy on 4/14/88 | bb | | | |
| 4/14/88 | Called Mr. Tilghman's office to remind we need notice of appearance | bb | | | |
| 4/20/88 | **RETURN ON WARRANT FOR ARREST** - arrested on 3/24/88 by Chirs C. Jackson, S/A | | | | |
| 4-22-88 | 11. **NOTICE OF APPEARANCE** by Atty. Carl L. Tilghman. | | | | |
| 5/4/88 | ISSUED NOTICE case set for Arraignment and Trial on 5/31/88, 9:00 A.M. @ New Bern; cy to AUSA & defense counsel | bb | | | |
| 5/31/88 | ARRAIGNMENT @ New Bern; Judge Fox; Lib Leonard, ct. reporter; def't not present; ct. ordered instanter warrant be issued; def't present instanter warrant withdrawn prior to being typed def't stated he heard several instruments def't sworn-competent to plea | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| | (Document No.) 12. MEMORANDUM OF PLEA AGREEMENT<br>PLEA: Guilty - Ct. 1; Not Guilty - Ct. 2<br>Rule 11 conducted<br>Guilty plea to ct. 1 accepted; cannot withdraw plea<br>def't motion to d/m Ct. 2 allowed<br>factual basis<br>Sentnecing: 9/6/88 - 9:00 A.M. - Wilmington<br>Bond-cont'd                                  bb | | | | |
| 8/11/88 | **ISSUED NOTICE TO APPEAR** - set for sentencing on<br>Tuesday, September 6, 1988, at 9:00 A.M.. in Wilm., N.C.<br>before Judge Fox . -<br>1c: USA & Mr. Tilghman, USPO, USM, Joyce Todd and<br>Wilm. Office and Court REporter | | | | |
| 8/30/88 | 12. **MOTION TO CONTINUE SENTENCE HEARING** - moves to continue<br>sen. from 9/6/88 Session for at least a period<br>of 30 days. w/cs. 1c: Judge Fox | | 8-30-88<br>8/31/88 | | |
| 8-31-88 | 13. **ORDER** - deft's mtoino to continue is **GRANTED** - sentencing<br>hearing in this case is rescheduled for the term of<br>court to be held in Wilm., N.C. on 10/3/88.<br>(Fox, J) Cr. OB#7, P. 171  1c: USA, USM, USPO<br>and Mr. Tilghman  (ent. 8/31/88) | | | | |
| 9/16/88 | **ISSUED NOTICE TO APPEAR** - set for sentencing on<br>Monday, October 3, 1988, at 9:00 A.M.. in Wilmington, N.C.<br>before Judge Fox . -<br>1c: USA & Mr. Tilghman | | | | |
| 10/3/88 | Wilm. - Judge Fox - Talley TAylor - Ct. Reporter<br>Pre-Sen. Report Discussed<br>No evidentiary evidence<br>14. **JUDGMENT AND PROBATION/COMMITMENT ORDER** -<br>(Ct. 2 dismissed) - Sen. by guideliens in effect pirdt tp 11/1/87<br>Ct. 1 - 4 yrs. w/o parole<br>Deft. is to pay a special assessment in the amount of $50.00<br>Deft. is allowed to go under existing bond and report at own<br>expense to designated inst. at 12 noon on 10/17/88 or such<br>later date upon notification from USM.<br>(Fox, J) Cr. OB#7, P. 195. 1c: USPO, deft., Mr. Tilghman,<br>Robert Forcum and Judge Fox 2c: USA and USM  (ent. 10/7/88)<br>15. **ORDER TO SURRENDER** - 1c: USM, deft. and Mr. Tilghman | | | | |
| 10/5/88 | 16. **ORDER** - deft. in this action will be sentenced according<br>to the procedures in effect prior to 11/1/87. (Fox, J)<br>CR. OB#7, P. 194.  1c: USA, USPO and Mr. Tilghman<br>(ent. 10/7/88) | | | | |
| **11/30/88** | 16. **ORDER** - cancelling liability of deft. on bond since he<br>reported to FCI, Petersburg on 11/4/88 - J. Rich Leonard.<br>(w/permission of Clerk - original Deed, Promissory Note,<br>etc., mailed to Mr. Isaac Parmley, Rt. 1, Box 634<br>Newport, N.C. 28570 by cover letter - cys. of cover<br>letter and Order to Mr. Tilghman, ATty. ) Certified<br>mail #P 658 646 124) | | | | |
| 1/30/89 | MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35, F. R. CR. P.<br>1 cy: Judge Fox | | | ag | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 2/2/89 | Motion for reduction of sentence pursuant to Rule 35 is denied (James C. Fox, U. S. D. Judge CR OB # 8 P 39 ) ent. 2/2/89 | ag |
| 3/7/89 | **RETURN ON J&C issued 10/3/88** - self - surrendered 11/4/88 to FPC Petersburg, Va. - Al Pierce, Legal TEchnician. (see 11/30/88 for return of property on deed.) | sr |
| 4/26/89 | **TRANSCRIPT** - of sentencing before Judge Fox on 10/3/88 at Wilm. - Vol. 1 - pages 1 thru 9. | |
| 4/28/89 | **RECEIVED** - Letter w/attached letter from deft. from Mr. Tilghman to Judge Fox - re: removing the w/o parole from the defendant's sentence. (Judge Fox's office has the original). | sr |
| 5-17-89 | **ADVISED** by Judge's Office that letter was written on on 5/1/89 to Mr. Tilghman w/cy. to USA in response to letter recevied 4/28/89. | sr |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| | | (per Section II) | Start Date End Date | Ltr. Code | Total Days |